**Petition for Writ of Mandamus Dismissed as Moot and Memorandum Opinion filed October 4, 2011.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00586-CV
_____

## IN RE J.A.N., a Child

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2001-29966**

---

## MEMORANDUM OPINION

On July 8, 2010, Relator, Debbie Bland Nicholson, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52.1. The petition asks this court to order the respondent, the Honorable Judge Denise Pratt, presiding judge of the 311th District Court, Harris County, Texas, to grant relator's motion to transfer under section 155.201(b) of the Texas Family Code.

Relator has informed this court, and attached a copy of the order signed July 20, 2011, the trial court has transferred venue to Fort Bend County, Texas. Accordingly, the petition for writ of mandamus is ordered dismissed as moot.

PER CURIAM

Panel consists of Justices Anderson, Brown, and Christopher.